IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT BOUIE,

    Plaintiff,

v.                                                 CASE NO. 1:05-cv-00092-MP-EMT

JO ANNE B BARNHART,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and no objections were filed. The Court agrees that the Administrative Law Judge articulated sufficient reasons for discounting the opinion of Dr. Clifton -- a one-time consulting psychological examiner. Moreover, the reasons are well-supported by the record,. Thus, the Court agrees that the ALJ did not err in excluding Dr. Clifton's "marked" limitations from her hypothetical questions. Also, the Court agrees that nothing in the opinion of Dr. Boysen or Dr. Lipnick should have been included in the hypothetical. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein. The decision of the Commissioner, denying benefits is affirmed, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  _22nd_  day of September, 2006

                                 *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge